**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | |
|---|---|
| IN RE: | CaseNumber: 11-27294 |
| Chapter 13 Administration | Debtor(s): PATRICK M ALLEN |

**LINE DEPOSITING FUNDS INTO COURT REGISTRY**

To the Clerk of the Court:

Please be advised that pursuant to 11 U.S.C. Section 347 and Federal Bankruptcy Rule 3011, the Trustee is paying the amount of **$1,530.19** to "Clerk, U.S.Bankruptcy Court" that represents unclaimed funds in the above Chapter 13 case. Creditors and/or debtors are listed at their last known address, and are entitled to the itemized payments; however, the creditors have returned disbursement payments to the Trustee.

Dated: 05/02/2017

Respectfully submitted.

/s/NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD 21401

| PAYEE | CLAIM # | AMOUNT |
|---|---|---|
| PATRICK M ALLEN<br>1978 GUY WAY<br>DUNDALK, MD, 21222 | 0 | $1,530.19 |
| **Total** | | **$1,530.19** |